# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142957

ALCONA COUNTY,
        Plaintiff-Appellant,

v

MICHIGAN MUNICIPAL LEAGUE
LIABILITY & PROPERTY POOL,
        Defendant-Appellee.

SC: 142957
COA: 292155
Alcona CC: 07-001052-NM

_____/

      On order of the Court, the application for leave to appeal the March 10, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2011

_____
Clerk

d0921